IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Walker, David Paul | Case Number: 04 B 26098 |
|---|---|---|
| | Walker, Mary Glenora | Judge: Hollis, Pamela S |
| | Printed: 11/25/08 | Filed: 7/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 22, 2008
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 137,342.55 | |
| Secured: | | 114,693.40 |
| Unsecured: | | 13,091.13 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 7,344.54 |
| Other Funds: | | 13.48 |
| Totals: | 137,342.55 | 137,342.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,200.00 | 2,200.00 |
| 2. | Green Tree Finance Serv Corp | Secured | 8,800.00 | 8,800.00 |
| 3. | Washington Mutual | Secured | 35,940.38 | 33,906.11 |
| 4. | HomeComings Financial Network | Secured | 27,350.00 | 25,709.00 |
| 5. | Washington Mutual | Secured | 45.75 | 45.75 |
| 6. | Bank One | Secured | 5,586.47 | 5,586.47 |
| 7. | HomeComings Financial Network | Secured | 23,449.45 | 23,449.45 |
| 8. | Toyota Motor Credit Corporatio | Secured | 17,196.62 | 17,196.62 |
| 9. | Max Flow Corporation | Unsecured | 583.23 | 397.54 |
| 10. | Resurgent Capital Services | Unsecured | 3,888.75 | 2,650.67 |
| 11. | ECast Settlement Corp | Unsecured | 538.59 | 367.13 |
| 12. | Max Recovery Inc | Unsecured | 1,551.72 | 1,057.70 |
| 13. | Toyota Motor Credit Corporatio | Unsecured | 6,425.23 | 4,379.64 |
| 14. | Resurgent Capital Services | Unsecured | 282.49 | 192.56 |
| 15. | Resurgent Capital Services | Unsecured | 235.09 | 160.26 |
| 16. | Resurgent Capital Services | Unsecured | 18.48 | 0.00 |
| 17. | Bank One | Unsecured | 2,559.76 | 1,744.79 |
| 18. | Resurgent Capital Services | Unsecured | 2,920.70 | 1,990.81 |
| 19. | ECast Settlement Corp | Unsecured | 220.08 | 150.03 |
| 20. | ARI's Holiday Network Ltd | Secured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | First National Bank | Unsecured | | No Claim Filed |
| 23. | Retailers National Bank | Unsecured | | No Claim Filed |
| 24. | Rogers & Hollands Jewelers | Unsecured | | No Claim Filed |
| 25. | Retailers National Bank | Unsecured | | No Claim Filed |
| 26. | Target | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Walker, David Paul | Case Number: 04 B 26098 |
|---|---|---|
| | Walker, Mary Glenora | Judge: Hollis, Pamela S |
| | Printed: 11/25/08 | Filed: 7/14/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | United National | Unsecured | | No Claim Filed |
| | | | $ 139,792.79 | $ 129,984.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 2,064.11 |
| 4% | 443.46 |
| 3% | 324.79 |
| 5.5% | 1,404.09 |
| 5% | 292.26 |
| 4.8% | 724.31 |
| 5.4% | 2,091.52 |
| | $ 7,344.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

